UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JASON SHOLA AKANDE, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Case No. 4:12-cv-03612-RBP-HGD |
| ) | |
| SCOTT HASSELL, et al., ) | |
| ) | |
| Respondents ) | |

**<u>DISMISSAL ORDER</u>**

On August 21, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On August 26, 2013, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge. Therefore, it is ORDERED, ADJUDGED and DECREED that respondents' Motion to Dismiss (Doc. 3) is due to be and hereby is GRANTED and the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 hereby is

DISMISSED WITHOUT PREJUDICE. It is further ORDERED that petitioner's Motion for Leave to Serve Interrogatories and Requests for Production and to Conduct Discovery (Doc. 18), Motion to Expedite Pending Motion for Leave to Serve Interrogatories and Requests for Production and to Conduct Discovery (Doc. 21), Emergency Motion (Doc. 22), Motion to Recuse the Magistrate Judge (Doc. 27) and Motion for Declaratory Judgment (Doc. 28) are due to be and hereby are DENIED.

DONE this 10th day of September, 2013.

*/s/ Robert B. Propst*

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**